JS-6

STEVEN T. GUBNER - Bar No. 156593
RICHARD D. BURSTEIN - Bar No. 56661
MICHAEL W. DAVIS - Bar No. 274126
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:    sgubner@ebg-law.com
          rburstein@ebg-law.com
          mdavis@ebg-law.com

Attorneys for David Seror, Chapter 7 Trustee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>OWNER MANAGEMENT SERVICE, LLC,<br><br>Debtor. | USDC Case No. 2:13-cv-00184-R<br><br>BK Case No. 1:12-bk-10231-MT<br><br>**ORDER DISMISSING APPEAL**<br><br>Judge: Honorable Manuel L. Real<br><br>Date: June 24, 2013<br>Time: 10:00 a.m.<br>Place: Courtroom 8<br>U.S. District Court<br>312 North Spring Street<br>Los Angeles, CA |

The Court's Final Hearing on the debtor's appeal of the denial by the United States Bankruptcy Court of the debtor's second motion to dismiss the bankruptcy case ("Appeal") duly came on for hearing on June 24, 2013, the Honorable Manuel L. Real, United States District Judge presiding. Richard D. Burstein of Ezra Brutzkus Gubner LLP appeared for David Seror, Chapter 7 Trustee and appellee and Richard P.

Steelman of Bryan Cave LLP appeared for Bank of America, appellee, and there were no other appearances.

  The Court, having considered the matters before it, having stated its findings, conclusions and reasons on the record, and good cause appearing,

  It Is Hereby Ordered that the Appeal is Dismissed.

Dated: June 26, 2013

MANUEL L. REAL

cc: U.S. Bankruptcy Court